# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ODELIA REYNA CONTRERAS                    NO.   2022 CW 0810
APPLYING FOR INTRAFAMILY
ADOPTION OF H.J.C.


**AUGUST 3, 2022**

---

In Re:   Odelia  Reyna  Contreras,  applying  for  supervisory
         writs,  22nd  Judicial  District  Court,  Parish  of  St.
         Tammany, No. 202140076.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

  **WRIT DENIED.**

                          **VGW**
                          **JMG**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT